JULIE A. GOLDBERG, ESQ.
California Bar No. 235565
GOLDBERG & ASSOCIATES
5586 Broadway Ave
Third Floor
Bronx, NY 10463
Telephone: (718) 432-1022
Facsimile: (718) 432-1044
Email: uscis@goldbergimmigration.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORINE GOLDBERG AND THE ESTATE OF STEPHEN GOLDBERG, BENEFICIARIES OF THE GOLDBERG FAMILY TRUST,<br><br>    Plaintiffs,<br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC. AND QUALITY LOAN SERVICE CORPORATION,<br><br>    Defendants. | Case No.: 19-cv-02398-HSG<br><br>ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

The Court has considered the Motion to Extend Time to File Plaintiffs' Response to Order to Show Cause. Finding that good cause exists, the Motion is GRANTED.

**IT IS SO ORDERED.**

DATED:   5/10/2019

                Haywood S. Gilliam, Jr.
                United States District Judge